IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| RODNEY BILL NEES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 04-P-0057-M |
| | ) | |
| NURSE LANA, DR. GIBSON, HEAD NURSE | ) | |
| SHEILA WATTS, and SOUTHERN HEALTH | ) | |
| PARTNERS, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
SEP 1 5 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 23, 2004, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed without prejudice subject to plaintiff exhausting his administrative remedies. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITHOUT PREJUDICE subject to plaintiff exhausting his administrative remedies. A Final Judgment will be entered.

DONE this the 15th day of September, 2004.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

